IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 18 C 3220 |
| | ) | |
| MT SWEEPING SERVICES, INC., | ) | JUDGE JOHN R. BLAKEY |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on August 14, 2018, request this Court enter judgment against Defendant, MT SWEEPING SERVICES, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On August 14, 2018, this Court entered default against Defendant.

2. Plaintiffs' auditors completed an audit of the Defendant's payroll books and records on June 28, 2018. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $40,690.44. (See Affidavit of Richard J. Clarson).

3. Additionally, the amount of $8,100.26 is due for liquidated damages and $4,565.38 is due for interest. (Clarson Aff. Par. 11, 12). Plaintiffs' auditing firm of MacNell Accounting & Consulting, LLP charged Plaintiffs $1,455.00 to perform the audit examination and complete the report (Clarson Aff. Par. 14).

4. In addition, Plaintiffs' firm has expended $495.00 in costs and $2,700.00 in attorneys' fees, for a total of $3,195.00, in this matter. (See Affidavit of Laura M. Finnegan).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $58,006.08.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $58,006.08.

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\731exc\MT Sweeping Services\motion-judgment.lmf.df.wpd

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of <u>5:00 p.m.</u> this <u>10th</u> day of <u>September 2018</u>:

    Mr. Michael A. Tadin, Registered Agent/President
    MT Sweeping Services, Inc.
    PO Box 9051
    Chicago, IL 60609-0051

    Mr. Michael A. Tadin, Registered Agent/President
    MT Sweeping Services, Inc.
    4448 S. Morgan
    Chicago, IL 60609

    Mr. Michael A. Tadin, Registered Agent/President
    MT Sweeping Services, Inc.
    4450 S. Morgan Street
    Chicago, IL 60609-3336

    Office of the Secretary of State
    Department of Business Services
    Annual Reports/Registered Agent Section
    Attn: File #70670135
    501 S. 2nd Street, Room 350
    Springfield, IL 62756

          /s/ Laura M. Finnegan


Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: <u>lmfinnegan@baumsigman.com</u>
I:\731exc\MT Sweeping Services\motion-judgment.lmf.df.wpd